# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUTHER A. BYRD, AN INDIVIDUAL,
Appellant,

vs.

BELLAGIO, LLC,
Respondent.

No. 79939

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to enforce settlement. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. No statute or court rule authorizes an appeal from an order granting a motion to enforce a settlement. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); *Valley Bank of Nevada v. Ginsburg*, 110 Nev. 440, 874 P.2d 729 (1994) (concluding that an order approving a proposed settlement agreement is not a final judgment appealable under NRAP 3A(b)(1)). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02147

cc: Hon. Linda Marie Bell, Chief Judge
Luther A. Byrd
Hall Jaffe & Clayton, LLP
Eighth District Court Clerk